# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robertson, Katherine A. | United States District Court for the District of Massachuset | 08/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

300 State Street
Springfield, MA 01105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Annual | Source: TIAA - Smith College Defined Contribution Retirement Plan Type: Required retirement distribution\ |
| 2. | Annual | Source: TIAA - Smith College Tax Deferred Annuity Plan Type: Required retirement distribution |
| 3. | Annual | TIAA - Rollover IRA Type: Required retirement distribution |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robertson, Katherine A.** | 08/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robertson, Katherine A.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Common Stocks - Brokerage Account (H) | | | | | | | | | |
| 2.  -Liquid Insured Deposits (X) | A | Interest | M | T | Open | 12/31/19 | M | | |
| 3.  -TIAA Bank Brokerage Sweep | A | Interest | M | T | | | | | |
| 4.  -Adient PLC, ordinary shs | A | Dividend | | | Sold | 12/26/19 | J | | |
| 5.  -Brookfield Ppty Partners L P Units LP | A | Distribution | | | Sold | 12/26/19 | J | | |
| 6.  -Johnson Controls Intl, PLC, ordinary shs | A | Dividend | | | Sold | 12/26/19 | K | | |
| 7.  -AFLAC connom | B | Dividend | L | T | | | | | |
| 8.  -AT&T common | C | Dividend | L | T | | | | | |
| 9.  -Avery Dennison, common | A | Dividend | | | Sold | 12/26/19 | J | D | |
| 10.  -Century Link, common | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 11.  -Chevron, common | C | Dividend | K | T | | | | | |
| 12.  -Colgate-Palmolive, common | B | Dividend | K | T | | | | | |
| 13.  -Diebold Nixdorf, common | A | Dividend | | | Sold | 12/26/19 | J | | |
| 14.  -EMC Insurance Group, common | A | Dividend | | | Redeemed | 09/20/19 | J | D | |
| 15.  -Emerson, common | A | Dividend | | | Sold | 12/26/19 | J | C | |
| 16.  -ExxonMobil, common | D | Dividend | M | T | | | | | |
| 17.  -H.B. Fuller, common | A | Dividend | | | Sold | 12/26/19 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robertson, Katherine A.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -HSBC Holdings, common | A | Dividend | | | Sold | 12/26/19 | J | | |
| 19. -Howard Hughes, common | | None | | | Sold | 12/26/19 | J | B | |
| 20. -Intel, common | A | Dividend | K | T | | | | | |
| 21. -Invacare, common | A | Dividend | | | Sold | 12/26/19 | J | | |
| 22. -Koninklijke Ahold Delhaize N.V. (New), shs | A | Dividend | | | Sold | 12/26/19 | J | C | |
| 23. -Modine Mfg Co common | | None | | | Sold | 12/26/19 | J | | |
| 24. -Motorola Solutions, common | A | Dividend | | | Sold | 12/26/19 | J | D | |
| 25. -Pepsico, common | B | Dividend | K | T | | | | | |
| 26. -Pfizer, common | A | Dividend | | | Sold | 12/26/19 | K | D | |
| 27. -PolyOne, common | A | Dividend | | | Sold | 12/26/19 | J | D | |
| 28. -Quanex Building Products, common | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 29. - Ryder, common | A | Dividend | | | Sold | 12/26/19 | J | B | |
| 30. -Southern Co, common | A | Dividend | | | Sold | 12/26/19 | J | C | |
| 31. -TD Bank, common | A | Dividend | | | Sold | 12/26/19 | J | C | |
| 32. -Verizon, common | A | Dividend | | | Sold | 12/26/19 | J | C | |
| 33. -Wells Fargo, common | B | Dividend | L | T | | | | | |
| 34. -Whirlpool, common | A | Dividend | | | Sold | 12/26/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robertson, Katherine A.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Camden Property Trust, common | A | Distribution | | | Sold | 12/26/19 | J | C | |
| 36. -UDR, common | A | Distribution | | | Sold | 12/26/19 | J | D | |
| 37. TIAA-CREF Funds (H) | | | | | | | | | |
| 38. -TIAA-CREF International Equity Fund | B | Dividend | L | T | | | | | |
| 39. -TIAA-CREF Money Market Fund | D | Dividend | O | T | | | | | |
| 40. -TIAA-CREF Growth & Income Fund | A | Distribution | L | T | | | | | |
| 41. -TIAA-CREF Large-Cap Growth Fund | A | Distribution | M | T | | | | | |
| 42. -TIAA-CREF Bond Plus Fund | B | Dividend | K | T | | | | | |
| 43. -TIAA Bank - Yield Pledge Checking | A | Interest | J | T | | | | | |
| 44. - TIAA Bank - Yield Pledge Money Market | A | Interest | K | T | | | | | |
| 45. US Savings Bonds, EE | A | Interest | J | T | | | | | |
| 46. MTL Insurance Co-life Ins $1,000 face, 57 yr pay in, 'whole life' | A | Interest | J | T | | | | | |
| 47. TD Bank, account | A | Interest | M | T | | | | | |
| 48. Undeveloped Land-Conway, MA - parcel 3, 6 acres $30,000 | | None | | | Donated | | | | |
| 49. | | None | | | Sold | 05/24/19 | K | B | Steven and Jeanne Thomas |
| 50. Undeveloped Land - Conway, MA - parcel 4, 3 acres $100,000 | | None | | | Donated | | | | |
| 51. | | None | | | Sold | 05/24/19 | K | D | John & Janet Maggs, Truste |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robertson, Katherine A.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Reitrement Accounts I (H) | | | | | | | | | |
| 53.  -CREF Stock Fund - R2 - employer contribution | None | | P1 | T | | | | | |
| 54. | | | | | Sold (part) | 01/15/19 | J | | |
| 55. | | | | | Sold (part) | 02/15/19 | J | | |
| 56. | | | | | Sold (part) | 03/15/19 | J | | |
| 57. | | | | | Sold (part) | 04/15/19 | J | | |
| 58. | | | | | Sold (part) | 05/15/19 | J | | |
| 59. | | | | | Sold (part) | 06/17/19 | J | | |
| 60. | | | | | Sold (part) | 07/15/19 | J | | |
| 61. | | | | | Sold (part) | 08/15/19 | J | | |
| 62. | | | | | Sold (part) | 09/16/19 | J | | |
| 63. | | | | | Sold (part) | 10/15/19 | J | | |
| 64. | | | | | Sold (part) | 11/15/19 | J | | |
| 65. | | | | | Sold (part) | 12/16/19 | J | | |
| 66.  -CREF Stock Fund - R2 - Deferred Annuity | None | | O | T | | | | | |
| 67. | | | | | Sold (part) | 01/15/19 | J | | |
| 68. | | | | | Sold (part) | 02/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robertson, Katherine A.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold (part) | 03/15/19 | J | | |
| 70. | | | | | Sold (part) | 04/15/19 | J | | |
| 71. | | | | | Sold (part) | 05/15/19 | J | | |
| 72. | | | | | Sold (part) | 06/17/19 | J | | |
| 73. | | | | | Sold (part) | 07/15/19 | J | | |
| 74. | | | | | Sold (part) | 08/15/19 | J | | |
| 75. | | | | | Sold (part) | 09/16/19 | J | | |
| 76. | | | | | Sold (part) | 10/15/19 | J | | |
| 77. | | | | | Sold (part) | 11/15/19 | J | | |
| 78. | | | | | Sold (part) | 12/16/19 | J | | |
| 79. - Rollover IRA (H) | | | | | | | | | |
| 80. - CREF Stock Fund R1 | None | | M | T | | | | | |
| 81. -CREF Growth Fund - R1 | None | | K | T | | | | | |
| 82. -CREF Equity Index Fund - R1 | None | | K | T | | | | | |
| 83. -CREF Global Equities Fund - R1 | None | | K | T | | | | | |
| 84. -TIAA Real Estate Fund | None | | L | T | | | | | |
| 85. -CREF Bond Market Fund - R1 | None | | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robertson, Katherine A.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -TIAA-CREF, Teachers Personal Annuity | | None | M | T | | | | | |
| 87. Retirement Accounts II (H) | | | | | | | | | |
| 88. -Darmouth College (H) | | | | | | | | | |
| 89. -TIAA Traditional Annuity | | None | J | T | | | | | |
| 90. -CREF Stock Fund - R3 | | None | J | T | | | | | |
| 91. - Smith College (H) | | | | | | | | | |
| 92. -TIAA Traditional Annuity | | None | K | T | | | | | |
| 93. -CREF Stock Fund - R2 | | None | L | T | | | | | |
| 94. - Rollover IRA (H) | | | | | | | | | |
| 95. -CREF Stock Fund - R1 | | None | M | T | | | | | |
| 96. -SMART Capital Presevation Fund | | None | L | T | | | | | |
| 97. -MM S&P 500 Index (Northrn Trst) | | None | P1 | T | | | | | |
| 98. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robertson, Katherine A.** | 08/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Financial Disclosure Reort:  When installing the software for the 2020 report, calendar year 2019 data, the software updated the 2020 report by importing the 2017 amended data (2018 report), not the 2018 data (2019 report).  Manually updated the data for the 2020 report to the 2019 datfa as a starting point.

Part VII lines 48 to 51.  Two parcels of undeveloped land near our old home.  Donated a conservation restriction on the properties to the Franklin Land Trust, Inc. and then sold the pracels to abutters.  Apppraisals as of 04/10/19:  3 acres $100,000 and 6 acres $$30,000

Part VII lines 52 to 97.  "None" is entered for income for these retirment funds. The fund managers do not provide income information, just the market value.

| Name of Person Reporting | Date of Report |
|---|---|
| Robertson, Katherine A. | 08/06/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Katherine A. Robertson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544